# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Harry Myles, Sr.                                    Docket No. 5:15-CR-172-18F

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Harry Myles, Sr., who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 15th day of June, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was released to his third party custodian, Shirley Ann Myles. Currently Ms. Myles is in the hospital and the power to that residence has been cut off. Due to the third party custodian not being available and there being no electrical power at the residence to monitor his compliance with his home detention condition, it is respectfully recommended that the defendant be allowed to reside with his sister, Heddie Jacobs, until his third party custodian is released from the hospital or electrical service is restored to her residence.

**PRAYING THAT THE COURT WILL ORDER** that the defendant be allowed to reside with his sister, Heddie Jacobs, until his third party custodian is released from the hospital or power is restored to her residence.

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2538
Executed On: December 13, 2016

### ORDER OF THE COURT

Considered and ordered on December 15, 2016 . It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge