AO 245A (Rev. 12/03) Judgment of Acquittal

FILED IN OPEN COURT
ON 1/19/2018
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

Harry Myles, Sr.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:15-CR-172-18BO

The Defendant was found not guilty as to Counts 10s, 11s, 24s and 25s of the superseding indictment. IT IS ORDERED that the Defendant is acquitted, discharged on the above counts only, and any bond exonerated.

_Terrence W. Boyle_
Signature of Judge

Terrence W. Boyle — US District Judge
Name of Judge — Title of Judge

1/19/2018
Date