IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-172-18BO

UNITED STATES OF AMERICA

v.

HARRY MYLES, SR.

FILED IN OPEN COURT
ON 6/20/2018
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the guilty verdict by a jury as to defendant, Harry Myles, Sr., on January 20, 2018, as to offenses in violation of 18 U.S.C. §§ 1956(h) and (a)(1)(A)(i), and further evidence of record and as presented by the Government, the Court finds a nexus between the property the Government seeks to forfeit and the offenses of which the defendant has been found guilty, and that, therefore, the following property is hereby forfeitable pursuant to 18 U.S.C. § 982:

**Personal Property**

1)   One 2008 Chevrolet Wrecker - VIN: 1GBJC34658E213833;

2)   One 2003 International Wrecker - VIN: 1HTMPAFM83H565490;

3)   One 2002 GMC C-Series Truck - VIN: 1GDJ6H1C12J505466;

4)   One 2000 Cadillac Escalade - VIN: 1GYEK13R1YR102361;

1

**Real Property**

1) One approximately 1.0 acre tract of real property, with all improvements thereto, located in Cumberland County, North Carolina, and more fully described in a deed recorded in book 7920, page 0801 of the Cumberland County Registry, being titled in the name of Harry Myles, and having the street address of 8212 Godwin Falcon Road, Godwin, North Carolina;

2) One approximately 1.0 acre tract of real property, with all improvements thereto, located in Cumberland County, North Carolina, and more fully described in a deed recorded in book 6630, page 503 of the Cumberland County Registry, being titled in the name of Harry Myles, and having the street address of 8206 Godwin Falcon Road, Godwin, North Carolina; and

3) One approximately .95 acre tract of real property, with all improvements thereto, located in Cumberland County, North Carolina, and more fully described in a deed recorded in book 08449, page 606 of the Cumberland County Registry, being titled in the name of Harry Myles, and having the street address of 8201 Godwin Falcon Road, Godwin, North Carolina;

AND WHEREAS, by virtue of said finding and guilty verdict, the United States is now entitled to possession of said property, as allowed by Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the guilty verdict by a jury as to the defendant, Harry Myles, Sr., and the nexus finding of the Court, the United States is hereby AUTHORIZED to seize the above-stated real and personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is final as to the defendant upon sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. Pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the

publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This 20 day of June, 2018.

TERRENCE W. BOYLE
United States District Judge

4